UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                   CASE NO: 2:15-cr-42-FtM-38CM

TAVARES FELTON
_____/

**ORDER[1]**

This matter comes before the Court on Defendant Tavares Felton's Motion to Suppress Fruits of Illegal Search (Doc. #25) filed on August 17, 2015. The Government filed its Response in Opposition to the Defendant's Motion to Suppress Physical Evidence (Doc. #36) on September 10, 2015. The Motion is ripe for the Court's review.

Defendant's entire argument is premised on the Court finding the first search, which led to the "fruit" at issue here, unconstitutional. Yet, the Court found the first search to be constitutional and denied Defendant's Motion to Suppress related to that search. (Doc. #49). Consequently, there is no evidence derived from an illegal search to suppress. Any evidence obtained from the subsequent searches was acquired within the bounds of the Constitution. Therefore, Defendant's Motion must be denied.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

this

Defendant Tavares Felton's Motion to Suppress Fruits of Illegal Search (Doc. #25) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this 5th day of November, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record